**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>FREDERICK LEROY NIXON, SR.  xxx-xx-7270<br>393 BLYTHE CREEK DR<br>BLYTHEWOOD, SC 29016 | CASE NO:  19-05776/W/3<br><br>(CHAPTER 13) |

**TRUSTEE'S PETITION TO DISMISS CHAPTER 13 CASE FOR NON-PAYMENT WITH PREJUDICE**

Chapter 13 Trustee has filed papers with the court to dismiss the Chapter 13 case.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or you want the court to consider your views on the motion, then within 21 days of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

UNITED STATES BANKRUPTCY COURT
1100 LAUREL STREET
COLUMBIA, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return or objection to the court for filing you must mail it early enough so the court will receive it on or before the date stated above.

You must also send a copy to:

William K. Stephenson, Jr., Trustee
3700 Forest Dr., Ste. 302
PO BOX 8477
Columbia, SC  29202

Attend the hearing scheduled to be held on 06/18/2020,  at  9:00 am, at **US BANKRUPTCY COURT, 1100 LAUREL STREET, COLUMBIA SC, 29201**

If no response, return and/or objection is timely filed and served, no hearing will be held on this motion except at the direction of the judge

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

| | |
|---|---|
| Date:   May 08, 2020 | /s/ William K. Stephenson, Jr.<br>CHAPTER 13 TRUSTEE'S OFFICE<br>3700 Forest Dr., Ste. 302<br>PO BOX 8477<br>Columbia, SC  29202 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>FREDERICK LEROY NIXON, SR.  xxx-xx-7270<br>393 BLYTHE CREEK DR<br>BLYTHEWOOD, SC 29016 | CASE NO:  19-05776/W/3<br><br>(CHAPTER 13) |

### TRUSTEE'S PETITION TO DISMISS CHAPTER 13 CASE FOR NON-PAYMENT

NOW COMES the Chapter 13 Trustee in this case hereby alleges:

1. This court has jurisdiction over this matter under 28 U. S. C. Section 1334 and II U. S. C. Section 1307 (c).
2. The debtor in this case has not made the required payments under the plan.
3. The trustee requests that should the debtor fail to cure the delinquency and/or fail to make an arrangement with the trustee regarding cure of the delinquency **within 21 days from the mailing date** set forth below, that an order be entered dismissing this case.

Dated:   May 08, 2020

/s/ William K. Stephenson, Jr.
WILLIAM K. STEPHENSON, JR., TRUSTEE

### CERTIFICATE OF SERVICE

The below signed states that he served the motion and notice on the debtor, the above-referenced creditor, and all parties listed in the notice above, by mailing them, on this date, copies of the objection and notice, first class, postage prepaid.

Dated:   May 08, 2020

/s/ William K. Stephenson, Jr.
CHAPTER 13 TRUSTEE'S OFFICE
3700 Forest Dr., Ste. 302
PO BOX 8477
Columbia, SC  29202

ADDRESS FOR COURT:
UNITED STATES BANKRUPTCY COURT
1100 LAUREL STREET
COLUMBIA, SC 29201

ATTORNEY FOR THE DEBTOR:
DANIEL A STONE ESQ
STONE LAW LLC
PO BOX 3884
IRMO, SC 29063

FREDERICK LEROY NIXON, SR.
393 BLYTHE CREEK DR
BLYTHEWOOD, SC 29016