**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 19−05776−dd                                    Chapter: 7

**In re:**

Frederick Leroy Nixon Sr.

| Entered By The Court 2/9/22 | ORDER DISCHARGING DEBTOR(S) AND TRUSTEE AND CLOSING THE CASE | **Filed By The Court** 2/9/22 Laura A. Austin Clerk of Court US Bankruptcy Court |

The trustee, having certified that the estate of the above−named debtor(s) has been fully administered, and it appearing that the debtor(s) having met the requirements for discharge under 11 USC § 727,

1. The debtors(s), **Frederick Leroy Nixon Sr.**, **are granted a discharge;**

2. The trustee is discharged as the trustee of this case; and

3. The chapter 7 case of the above−named debtor(s) is closed.

   **IT IS SO ORDERED.**

David R. Duncan
United States Bankruptcy Judge

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of South Carolina

In re:   Case No. 19-05776-dd
Frederick Leroy Nixon, Sr.   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-3     User: admin     Page 1 of 5
Date Rcvd: Feb 09, 2022     Form ID: 166BNC     Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Annemarie Belanger Mathews, Chapter 13 Office, 3700 Forest Drive, Suite 302, Columbia, SC 29204-4010 |
| tr | + | William K. Stephenson, Jr., PO Box 8477, Columbia, SC 29202-8477 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp., c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364-6207 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp., et al, c/o Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard Blvd. #100, Woodland Hills, CA 91364-6207 |
| 543745325 | | Ces/bank Of America, C/o Acs, Utica NY 13501 |
| 543745353 | + | DSS Child Suppport, P.O. Box 1469, Columbia SC 29202-1469 |
| 543745355 | + | Guild Mortgage Company, P.o. Box 85304, San Diego CA 92186-5304 |
| 543745356 | + | HUTCHINS LAW FIRM, PO BOX 8237, Columbia SC 29202-8237 |
| 543745364 | + | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield MO 63005-1243 |
| 543760430 | + | PRISMA HEALTH, PO BOX 2266, COLUMBIA, SC 29202-2266 |
| 543745375 | + | Richland County FAMILY Clerk of Court, 1701 Main St, Columbia SC 29201-2819 |
| 543764994 | + | SCHNEIDER COMMUNITY CREDIT UNION, 781 WILLARD DR., GREEN BAY WI 54304-5240 |
| 543745381 | | SHANNON MCGEE, 3438 SCREAMING EAGLE RD EXT, Eastover SC 29044 |
| 543745376 | + | Safe Federal Credit Un, Po Box 2008, Sumter SC 29151-2008 |
| 543745378 | + | Sc Studntln, Pob 102405, Columbia SC 29224-2405 |
| 543745395 | + | The Bureaus Inc, 1717 Central St, Evanston IL 60201-1507 |
| 543747840 | + | US Department of EducationMOHELA, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 543745397 | + | Us Dep Ed, Po Box 5609, Greenville TX 75403-5609 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: keonaenixon@gmail.com | Feb 10 2022 00:53:00 | Frederick Leroy Nixon, Sr., 393 Blythe Creek Dr, Blythewood, SC 29016-8192 |
| tr | + | EDI: QJBHAIGLER.COM | Feb 10 2022 04:33:00 | Janet B. Haigler, Chapter 7 Panel Trustee, Post Office Box 505, Chapin, SC 29036-0505 |
| tr | | EDI: QRFANDERSON.COM | Feb 10 2022 04:33:00 | Robert F. Anderson, P.O. Box 76, Columbia, SC 29202-0076 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 10 2022 04:33:00 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 543745316 | | Email/Text: bankruptcy.department@allsouth.org | Feb 10 2022 01:23:00 | Allsouth Federal Cr Un, 6923 N Trenholm Rd, Columbia SC 29206 |
| 543745318 | + | EDI: GMACFS.COM | Feb 10 2022 04:33:00 | Ally Financial, 200 Renaissance Ctr, Detroit MI 48243-1300 |
| 543745319 | + | EDI: CAPITALONE.COM | Feb 10 2022 04:33:00 | Cap1/bstby, Po Box 30253, Salt Lake City UT 84130-0253 |
| 543745320 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 10 2022 01:09:00 | Carrington Mortgage Se, 15 Enterprise St, Aliso Viejo CA 92656-2653 |

Case 19-05776-dd   Doc 104   Filed 02/11/22   Entered 02/12/22 00:46:36   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0420-3 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Feb 09, 2022 | Form ID: 166BNC | Total Noticed: 68 |

| | | | |
| --- | --- | --- | --- |
| 543745321 | + Email/Text: bankruptcy@cavps.com | Feb 10 2022 01:22:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe AZ 85285-7288 |
| 543751743 | + Email/Text: bankruptcy@cavps.com | Feb 10 2022 01:22:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 543745327 | + EDI: WFNNB.COM | Feb 10 2022 04:33:00 | Comenitybank/valuecity, Po Box 182789, Columbus OH 43218-2789 |
| 543745328 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2022 01:13:17 | Credit One Bank Na, Po Box 98872, Las Vegas NV 89193-8872 |
| 543745352 | + EDI: CITICORP.COM | Feb 10 2022 04:33:00 | Dsnb Macys, Po Box 8218, Mason OH 45040 |
| 543745329 | + Email/Text: bkrnotice@prgmail.com | Feb 10 2022 01:12:00 | Dba Paragon Revenue Gr, P O Box 127, Concord NC 28026-0127 |
| 543745330 | + EDI: NAVIENTFKASMDOE.COM | Feb 10 2022 04:33:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745350 | + Email/Text: electronicbkydocs@nelnet.net | Feb 10 2022 01:12:00 | Dept Of Education/neln, 3015 Parker Rd, Aurora CO 80014-2904 |
| 543745354 | + Email/Text: bknotice@ercbpo.com | Feb 10 2022 01:12:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville FL 32241-7547 |
| 543745357 | + EDI: IIC9.COM | Feb 10 2022 04:33:00 | I C System Inc, Po Box 64378, Saint Paul MN 55164-0378 |
| 543745358 | + EDI: IRS.COM | Feb 10 2022 04:33:00 | IRS, Centralized & Insolvency Operation, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 543784227 | + Email/Text: BKBCNMAIL@carringtonms.com | Feb 10 2022 01:09:00 | J.P. Morgan Mortgage Acquisition Corp., c/o Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806-5948 |
| 543936590 | + Email/Text: BKBCNMAIL@carringtonms.com | Feb 10 2022 01:09:00 | J.P. Morgan Mortgage Acquisition Corp., c/o CARRINGTON MORTGAGE SERVICES, LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM, CA 92806-5948 |
| 543745326 | EDI: JPMORGANCHASE | Feb 10 2022 04:33:00 | Chase Mtg, P.o. Box 24696, Columbus OH 43224 |
| 543745359 | + EDI: MID8.COM | Feb 10 2022 04:33:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego CA 92108-2709 |
| 543745366 | + EDI: NAVIENTFKASMSERV.COM | Feb 10 2022 04:33:00 | Navient Solutions Inc, Po Box 9500, Wilkes Barre PA 18773-9500 |
| 543745368 | + EDI: NFCU.COM | Feb 10 2022 04:33:00 | Navy Federal Cr Union, 820 Follin Lane Se, Vienna VA 22180-4907 |
| 543745370 | + Email/Text: electronicbkydocs@nelnet.net | Feb 10 2022 01:12:00 | Nelnet Lns, 3015 S Parker Rd, Aurora CO 80014-2904 |
| 543768089 | EDI: PRA.COM | Feb 10 2022 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 543746130 | + EDI: RECOVERYCORP.COM | Feb 10 2022 04:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 543745371 | + Email/Text: EBN_Waco@Receivemorermp.com | Feb 10 2022 01:23:00 | Pmab Llc, 4135 S Stream Blvd Ste 4, Charlotte NC 28217-4636 |
| 543745372 | + EDI: PRA.COM | Feb 10 2022 04:33:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk VA 23502-4952 |
| 543745379 | + Email/Text: info@schneiderccu.com | Feb 10 2022 01:22:00 | Schneider Cu, 2655 Holmgren Way, Green Bay WI 54304-5394 |
| 543745382 | + EDI: RMSC.COM | Feb 10 2022 04:33:00 | Syncb/amazon, Po Box 965015, Orlando FL 32896-5015 |
| 543745384 | + EDI: RMSC.COM | Feb 10 2022 04:33:00 | Syncb/ashley Homestore, C/o Po Box 965036, |

| District/off: 0420-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: 166BNC | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| | | | | Orlando FL 32896-0001 |
| 543745385 | + | EDI: RMSC.COM | Feb 10 2022 04:33:00 | Syncb/care Credit, C/o Po Box 965036, Orlando FL 32896-0001 |
| 543745386 | + | EDI: RMSC.COM | Feb 10 2022 04:33:00 | Syncb/discount Tire, C/o Po Box 965036, Orlando FL 32896-0001 |
| 543745387 | + | EDI: RMSC.COM | Feb 10 2022 04:33:00 | Syncb/jcp, Po Box 965007, Orlando FL 32896-5007 |
| 543745388 | + | EDI: RMSC.COM | Feb 10 2022 04:33:00 | Syncb/lowes, Po Box 956005, Orlando FL 32896-0001 |
| 543745389 | + | EDI: RMSC.COM | Feb 10 2022 04:33:00 | Syncb/old Navy, Po Box 965005, Orlando FL 32896-5005 |
| 543745390 | + | EDI: RMSC.COM | Feb 10 2022 04:33:00 | Syncb/rooms To Go, C/o Po Box 965036, Orlando FL 32896-0001 |
| 543745391 | + | EDI: RMSC.COM | Feb 10 2022 04:33:00 | Syncb/walmart, Po Box 965024, Orlando FL 32896-5024 |
| 543745393 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 10 2022 01:09:00 | Tbom/atls/fortiva, Pob 105555, Atlanta GA 30348-5555 |
| 543745394 | + | EDI: WTRRNBANK.COM | Feb 10 2022 04:33:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis MN 55440-0673 |
| 543745395 | + | EDI: PRATHEBUR | Feb 10 2022 04:33:00 | The Bureaus Inc, 1717 Central St, Evanston IL 60201-1507 |
| 543745396 | + | EDI: WTRRNBANK.COM | Feb 10 2022 04:33:00 | Tnb - Target, Po Box 673, Minneapolis MN 55440-0673 |
| 543745398 | | EDI: USAA.COM | Feb 10 2022 04:33:00 | Usaa Federal Savings B, Pob 47504, San Antonio TX 78265 |
| 543745399 | | EDI: USAA.COM | Feb 10 2022 04:33:00 | Usaa Savings Bank, Po Box 47504, San Antonio TX 78265 |
| 543745401 | + | EDI: USAA.COM | Feb 10 2022 04:33:00 | Usaa Savings Bank, 10750 Mc Dermott, San Antonio TX 78288-1600 |
| 543775936 | | EDI: AIS.COM | Feb 10 2022 04:33:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 543745402 | + | EDI: VERIZONCOMB.COM | Feb 10 2022 04:33:00 | Verizon Wireless, Po Box 650051, Dallas TX 75265-0051 |
| 543745403 | + | EDI: WFFC.COM | Feb 10 2022 04:33:00 | Wells Fargo, Po Box 14517, Des Moines IA 50306-3517 |
| 543745404 | + | EDI: WFFC.COM | Feb 10 2022 04:33:00 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines IA 50306-0335 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 543745317 | *P++ | ALLSOUTH FEDERAL CREDIT UNION, 730 ELMWOOD AVENUE, COLUMBIA SC 29201-2002, address filed with court:, Allsouth Federal Cr Un, 6923 N Trenholm Rd, Columbia SC 29206 |
| 543745322 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe AZ 85285-7288 |
| 543745323 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe AZ 85285-7288 |
| 543745324 | *+ | Cavalry Portfolio Serv, Po Box 27288, Tempe AZ 85285-7288 |
| 543745331 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745332 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745333 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745334 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |

| | | |
|---|---|---|
| 543745335 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745336 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745337 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745338 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745339 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745340 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745341 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745342 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745343 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745344 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745345 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745346 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745347 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745348 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745349 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 543745351 | *+ | Dept Of Education/neln, 3015 Parker Rd, Aurora CO 80014-2904 |
| 543745360 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego CA 92108-2709 |
| 543745361 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego CA 92108-2709 |
| 543745362 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego CA 92108-2709 |
| 543745363 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego CA 92108-2709 |
| 543745365 | *+ | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield MO 63005-1243 |
| 543745367 | *+ | Navient Solutions Inc, Po Box 9500, Wilkes Barre PA 18773-9500 |
| 543745369 | *+ | Navy Federal Cr Union, 820 Follin Lane Se, Vienna VA 22180-4907 |
| 543745373 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk VA 23502-4952 |
| 543745374 | *+ | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk VA 23502-4952 |
| 543745377 | *+ | Safe Federal Credit Un, Po Box 2008, Sumter SC 29151-2008 |
| 543745380 | *+ | Schneider Cu, 2655 Holmgren Way, Green Bay WI 54304-5394 |
| 543745383 | *+ | Syncb/amazon, Po Box 965015, Orlando FL 32896-5015 |
| 543745392 | *+ | Syncb/walmart, Po Box 965024, Orlando FL 32896-5024 |
| 543745400 | * | Usaa Savings Bank, Po Box 47504, San Antonio TX 78265 |
| 543745405 | *+ | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines IA 50306-0335 |

TOTAL: 0 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022           Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel A. Stone | on behalf of Debtor Frederick Leroy Nixon Sr. danielstonelaw@gmail.com, bengoshi73@gmail.com;michelle.stonelaw@gmail.com;vaughan.stonelaw@gmail.com |
| John S. Kay | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp.  its assignees and/or successors in interest john.kay@hutchenslawfirm.com, Vanessa.hartley@hutchenslawfirm.com;Jodie.brull@hutchenslawfirm.com |
| John S. Kay | |

District/off: 0420-3 | User: admin | Page 5 of 5
Date Rcvd: Feb 09, 2022 | Form ID: 166BNC | Total Noticed: 68

| | |
|---|---|
| | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. et al john.kay@hutchenslawfirm.com, Vanessa.hartley@hutchenslawfirm.com;Jodie.brull@hutchenslawfirm.com |
| John S. Kay | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. john.kay@hutchenslawfirm.com Vanessa.hartley@hutchenslawfirm.com;Jodie.brull@hutchenslawfirm.com |
| Robert F. Anderson | firm@andersonlawfirm.net  randerson@ecf.axosfs.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 6